

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| TEXAS MUTUAL INSURANCE COMPANY, | § | No. 08-15-00075-CV |
|  | § | Appeal from the |
| Appellant, | § | 34th District Court |
| v. | § | of El Paso County, Texas |
| MARIA GARCIA AND ANTHONY GARCIA. | § | (TC# 2005-6345) |
| Appellee's. | § |  |

# O R D E R

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **August 14, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jeffrey B. Pownell, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before August 14, 2015.

IT IS SO ORDERED this 6th day of August, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)